IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NATHAN REWIS, #209760, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:03cv666-MEF |
| ) | (WO) |
| GWENDOLYN MOSLEY, WARDEN, ) | |
| et al., ) | |
| ) | |
| Respondents. ) | |

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 21) filed herein on February 2, 2006, said Recommendation is hereby ADOPTED, and it is the

ORDER, JUDGMENT and DECREE of the court that the petition for habeas corpus relief filed by Nathan Rewis is DENIED and that this case is DISMISSED with prejudice.

It is further ORDERED that to the extent petitioner's response filed September 19, 2003 may also be construed as a motion to amend the petition (Doc. # 11) is GRANTED.

Done this 28th day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE